# DECISIONS PER CURIAM.

## DECEMBER 3, 1917, TO DECEMBER 23, 1918.

No. 1202. People, Appellee, *v.* Ruiz, Appellant.—Violation of section 127 of the Penal Code. San Juan, Section 2. December 3, 1917. *Affirmed.*

No. 1762. Vere, Appellee, *v.* Coll Cuchí et al., Appellants.—Debt. San Juan, Section 1. December 4, 1917. *Dismissed.*

No. 1215. People, Appellee, *v.* Sosa Rodríguez et al., Appellants.—Breach of peace. San Juan, Section 2. December 5, 1917. *Affirmed.*

No. 334. Mollfulleda, as Agent of Pedro Cussó, Appellant, *v.* Registrar of San Juan, Section 1, Respondent.—Administrative appeal. December 7, 1917. *Affirmed.*

No. 208. Binet, Petitioner, *v.* Foote, District Judge, Respondent.—Certiorari. Mayagüez. December 7, 1917. *Petition denied.*

No. 1219. People, Appellee, *v.* González, Appellant.—Gambling. Arecibo. December 11, 1917. *Affirmed.*

No. 342. Rivera, Appellant, *v.* Registrar of Caguas, Respondent.—Administrative appeal. December 14, 1917. *Affirmed.*